JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Marlin Eugene Leisher, Jr. dba Living Life Insurance Svc,<br><br>Debtor. | Case No. 18-02132-LT13<br><br>Chapter 7<br><br>**NOTICE OF SATISFACTION OF CLAIM 1-1**<br><br>(In re: 2218 Valley Road, Oceanside, CA 92056) |

TO THE DEBTOR(S), TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Wells Fargo Bank, N.A., hereby files its Notice of Satisfaction in the above-entitled Court.  Please take notice that the Claim of Wells Fargo Bank, N.A. filed on 05/11/2018 as Claim Number 1-1 has been satisfied.  No further payments from the Trustee are necessary.

Dated: September 3, 2019                                     **McCarthy & Holthus, LLP**


                                                             By:  /s/ Jennifer C. Wong
                                                                 Jennifer C. Wong, Esq.
                                                                 Attorney for Wells Fargo Bank, N.A.

## **CERTIFICATE OF SERVICE**

On 9/3/2019, I served the foregoing **NOTICE OF SATISFACTION OF CLAIM 1-1** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR(S) COUNSEL** |
|---|---|
| Leslie T. Gladstone | Marc Voisenat |
| candic@flgsd.com | voisenat@gmail.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 9/3/2019, I served the foregoing **NOTICE OF SATISFACTION OF CLAIM 1-1** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Marlin Eugene Leisher, Jr., 2218 Valley Rd., Oceanside, CA 92056

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/3/2019      /s/ Hue Banh
Hue Banh